**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34529 |
| | § | |
| ROBERT P LOUD | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/09/2015. The undersigned trustee was appointed on 10/09/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                     $13,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $4.96 |
   | Bank service fees | $10.15 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $12,984.89 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/14/2016 and the deadline for filing government claims was 11/14/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,050.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,050.00, for a total compensation of $2,050.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $30.81, for total expenses of $30.81.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/30/2017                    By:    /s/ David P. Leibowitz
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-34529-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOUD, ROBERT P | Date Filed (f) or Converted (c): | 10/09/2015 (f) |
| For the Period Ending: | 5/30/2017 | §341(a) Meeting Date: | 12/02/2015 |
| | | Claims Bar Date: | 11/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residence at 1004 W. Wildwood Dr., Prospect Hts, IL | $268,600.00 | $0.00 | | $0.00 | FA |
| 2 | pocket cash | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Fifth Third Checking | $2,310.00 | $1,235.00 | | $0.00 | FA |
| **Asset Notes:** | Originally scheduled as "Checking Account $50" Updated per amended schedules filed 6/30/16 (dkt 29) Deemed abandoned pursuant to global settlement. | | | | | |
| 4 | Normal household goods and related | $2,000.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Updated exempt amount per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 5 | Normal wardrobes and related | $400.00 | $0.00 | | $0.00 | FA |
| 6 | 100% interest in RPL United Mechanical, a sole proprietorship | $500.00 | $400.00 | | $0.00 | FA |
| 7 | 1996 van with more than 160,000 miles -- inoperable | $400.00 | $200.00 | | $0.00 | FA |
| **Asset Notes:** | Updated exempt amount per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 8 | 2007 Ford F150 | $8,000.00 | $8,000.00 | | $8,000.00 | FA |
| **Asset Notes:** | Debtor waived exemption pursuant to settlement (dkt 45) - paid cash in lieu of surrendering vehicle (see dkt 47) Updated per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 9 | Utility trailer and business hand tools, etc. liquidation value based upon age and condition of tools and trailer. Trailer cost $900 new over two years ago. | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 10 | First American Bank Checking (u) | $1,446.00 | $371.00 | | $0.00 | FA |
| **Asset Notes:** | Deemed abandoned pursuant to global settlement. | | | | | |
| 11 | $37,642.50 deposited into Debtor's business checking account 10 days post-petition (u) | $0.00 | $37,642.50 | | $5,000.00 | FA |
| **Asset Notes:** | Debtor's attorney maintains that the contract is a post-petition contract in which the estate has no interest, and that the contract did not come into existence until after the petition date. Trustee contends this is payment for a proposal made well before the filing date. The check for the deposit was dated 10/9/15 (same as the filing date), but was not deposited until 10 days later. Controversy resolved as part of settlement approved at docket nos. 45 and 47 (settled for $5,000 plus the $8,000 value of the Ford F-150, with waiver of exemption). | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2       Exhibit A

| Case No.: | 15-34529-DLT | Trustee Name: | David Leibowitz |
| Case Name: | LOUD, ROBERT P | Date Filed (f) or Converted (c): | 10/09/2015 (f) |
| For the Period Ending: | 5/30/2017 | §341(a) Meeting Date: | 12/02/2015 |
| | | Claims Bar Date: | 11/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

|   |   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
|   | $285,206.00 | $48,348.50 |   | $13,000.00 | $0.00 |

Initial Projected Date Of Final Report (TFR):  12/31/2017       Current Projected Date Of Final Report (TFR):  05/30/2017       /s/ DAVID LEIBOWITZ
                                                                                                                               DAVID LEIBOWITZ

FORM 2                                                                                                                                                    Page No: 1                    Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34529-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOUD, ROBERT P | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1316 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/9/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/30/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2017 | | Robert Loud | Payment pursuant to settlement--Debtor paid $13,000 cash in lieu of $5,000 cash and turnover of truck (worth $8,000) | * | $13,000.00 | | $13,000.00 |
| | {8} | | Debtor paid cash in lieu of turnover of vehicle   $8,000.00 | 1129-000 | | | $13,000.00 |
| | {11} | | Proceeds of Pre-Petition contract - pursuant to settlement   $5,000.00 | 1221-000 | | | $13,000.00 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.15 | $12,989.85 |
| 02/09/2017 | 3001 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $14.91 | $12,974.94 |
| 02/09/2017 | 3001 | VOID: International Sureties, Ltd | Void of Check# 3001 | 2300-003 | | ($14.91) | $12,989.85 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $4.96 | $12,984.89 |
| | | | TOTALS: | | $13,000.00 | $15.11 | $12,984.89 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $13,000.00 | $15.11 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $13,000.00 | $15.11 | |

| For the period of 10/9/2015 to 5/30/2017 | | For the entire history of the account between 01/16/2017 to 5/30/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,000.00 | Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 | Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15.11 | Total Compensable Disbursements: | $15.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.11 | Total Comp/Non Comp Disbursements: | $15.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 15-34529-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LOUD, ROBERT P | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1316 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/9/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/30/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $13,000.00 | $15.11 | $12,984.89 |

**For the period of 10/9/2015 to 5/30/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/09/2015 to 5/30/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 15-34529-DLT | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LOUD, ROBERT P | | | | | | | | Date: 5/30/2017 |
| Claims Bar Date: | 11/14/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $2,050.00 | $0.00 | $0.00 | $0.00 | $2,050.00 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $30.81 | $0.00 | $0.00 | $0.00 | $30.81 |
| 1 | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,511.66 | $0.00 | $0.00 | $0.00 | $2,511.66 |
| 1a | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $1,183.30 | $0.00 | $0.00 | $0.00 | $1,183.30 |
| 2 | INTERNAL REVENUE SERVICE  PO Box 7317 Philadelphia PA 19101-7317 | Internal Revenue Service Tax Liens (pre-petition) | Allowed | 4300-000 | $5,900.00 | $0.00 | $0.00 | $0.00 | $5,900.00 |
| 2A | INTERNAL REVENUE SERVICE  Cincinnati OH 45999-0039 | Claims of Governmental Units | Allowed | 5800-000 | $7,578.94 | $0.00 | $0.00 | $0.00 | $7,578.94 |
| 2B | INTERNAL REVENUE SERVICE  Cincinnati OH 45999-0039 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $34,698.82 | $0.00 | $0.00 | $0.00 | $34,698.82 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $32.14 | $0.00 | $0.00 | $0.00 | $32.14 |

# CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| **Case No.** | 15-34529-DLT | | | | | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LOUD, ROBERT P | | | | | | | **Date:** | 5/30/2017 |
| **Claims Bar Date:** | 11/14/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,925.00 | $0.00 | $0.00 | $0.00 | $2,925.00 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC.<br><br>as agent for Midland Funding, LLC<br>Po Box 2011<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A | MIDLAND FUNDING LLC<br><br>c/o Midland Credit Management, Inc.<br>PO Box 2011<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,071.04 | $0.00 | $0.00 | $0.00 | $5,071.04 |

**Claim Notes:** Acquired from Target National Bank
Supported by judgment entered in 2012.

| | | | | | $61,981.71 | $0.00 | $0.00 | $0.00 | $61,981.71 |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM ANALYSIS REPORT**

| | |
|---|---|
| **Case No.** 15-34529-DLT | **Trustee Name:** David Leibowitz |
| **Case Name:** LOUD, ROBERT P | **Date:** 5/30/2017 |
| **Claims Bar Date:** 11/14/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $32.14 | $32.14 | $0.00 | $0.00 | $0.00 | $32.14 |
| Attorney for Trustee Fees (Trustee Firm) | $2,925.00 | $2,925.00 | $0.00 | $0.00 | $0.00 | $2,925.00 |
| Claims of Governmental Units | $7,578.94 | $7,578.94 | $0.00 | $0.00 | $0.00 | $7,578.94 |
| Fines, Penalties § 726(a)(4) | $1,183.30 | $1,183.30 | $0.00 | $0.00 | $0.00 | $1,183.30 |
| General Unsecured § 726(a)(2) | $47,820.03 | $42,281.52 | $0.00 | $0.00 | $0.00 | $42,281.52 |
| Internal Revenue Service Tax Liens (pre-petition) | $5,900.00 | $5,900.00 | $0.00 | $0.00 | $0.00 | $5,900.00 |
| Trustee Compensation | $2,050.00 | $2,050.00 | $0.00 | $0.00 | $0.00 | $2,050.00 |
| Trustee Expenses | $30.81 | $30.81 | $0.00 | $0.00 | $0.00 | $30.81 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 15-34529
Case Name: ROBERT P LOUD
Trustee Name: David P. Leibowitz

Balance on hand: $12,984.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Internal Revenue Service | $5,900.00 | $5,900.00 | $0.00 | $5,900.00 |

Total to be paid to secured creditors: $5,900.00
Remaining balance: $7,084.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $2,050.00 | $0.00 | $2,050.00 |
| David P. Leibowitz, Trustee Expenses | $30.81 | $0.00 | $30.81 |
| Lakelaw, Attorney for Trustee Fees | $2,925.00 | $0.00 | $2,925.00 |
| Lakelaw, Attorney for Trustee Expenses | $32.14 | $0.00 | $32.14 |

Total to be paid for chapter 7 administrative expenses: $5,037.95
Remaining balance: $2,046.94

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,046.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,578.94 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Internal Revenue Service | $7,578.94 | $0.00 | $2,046.94 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $2,046.94 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $42,281.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $2,511.66 | $0.00 | $0.00 |
| 2B | Internal Revenue Service | $34,698.82 | $0.00 | $0.00 |
| 3 | Midland Credit Management, Inc. | $0.00 | $0.00 | $0.00 |
| 3A | Midland Funding LLC | $5,071.04 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,183.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Illinois Department of Revenue | $1,183.30 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**