UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 15-34529 |
|---|---|---|
| | § | |
| ROBERT P LOUD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $256,306.00 | Assets Exempt: | $20,900.00 |
| Total Distributions to Claimants: | $7,946.94 | Claims Discharged Without Payment: | $72,217.82 |
| Total Expenses of Administration: | $5,053.06 | | |

3) Total gross receipts of $13,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $471,364.00 | $5,900.00 | $5,900.00 | $5,900.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,053.06 | $5,053.06 | $5,053.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $14,444.00 | $7,578.94 | $7,578.94 | $2,046.94 |
| General Unsecured Claims (from **Exhibit 7**) | $48,081.00 | $49,003.33 | $43,464.82 | $0.00 |
| **Total Disbursements** | $533,889.00 | $67,535.33 | $61,996.82 | $13,000.00 |

4). This case was originally filed under chapter 7 on 10/09/2015. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2017      By:   /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford F150 | 1129-000 | $8,000.00 |
| $37,642.50 deposited into Debtor's business checking account 10 days post-petition | 1221-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | $13,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 4300-000 | $14,444.00 | $5,900.00 | $5,900.00 | $5,900.00 |
| | BAC Home Loans Servicing/Wells Fargo | 4110-000 | $456,920.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $471,364.00 | $5,900.00 | $5,900.00 | $5,900.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,050.00 | $2,050.00 | $2,050.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $30.81 | $30.81 | $30.81 |
| International Sureties, Ltd | 2300-000 | NA | $4.96 | $4.96 | $4.96 |
| Green Bank | 2600-000 | NA | $10.15 | $10.15 | $10.15 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,925.00 | $2,925.00 | $2,925.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $32.14 | $32.14 | $32.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,053.06 | $5,053.06 | $5,053.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Internal Revenue Service | 5800-000 | $14,444.00 | $7,578.94 | $7,578.94 | $2,046.94 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $14,444.00 | $7,578.94 | $7,578.94 | $2,046.94 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 7100-000 | $2,001.00 | $2,511.66 | $2,511.66 | $0.00 |
| 1a | Illinois Department of Revenue | 7300-000 | $2,001.00 | $1,183.30 | $1,183.30 | $0.00 |
| 2B | Internal Revenue Service | 7100-000 | $14,444.00 | $34,698.82 | $34,698.82 | $0.00 |
| 3 | Midland Credit Management, Inc. | 7100-000 | $6,414.00 | $5,538.51 | $0.00 | $0.00 |
| 3A | Midland Funding LLC | 7100-000 | $0.00 | $5,071.04 | $5,071.04 | $0.00 |
| | 1st Family Dental | 7100-000 | $1,293.00 | $0.00 | $0.00 | $0.00 |
| | Afni, Inc. | 7100-000 | $106.00 | $0.00 | $0.00 | $0.00 |
| | Capital One Bank Usa N | 7100-000 | $2,937.00 | $0.00 | $0.00 | $0.00 |
| | Capital One Bank Usa N | 7100-000 | $12,759.00 | $0.00 | $0.00 | $0.00 |
| | Capital One Bank Usa N | 7100-000 | $4,865.00 | $0.00 | $0.00 | $0.00 |
| | Cpu/citi | 7100-000 | $1,211.00 | $0.00 | $0.00 | $0.00 |
| | Midstate Collection So | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $48,081.00 | $49,003.33 | $43,464.82 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1          Exhibit 8

| Case No.: | 15-34529-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOUD, ROBERT P | Date Filed (f) or Converted (c): | 10/09/2015 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 12/02/2015 |
| | | Claims Bar Date: | 11/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Residence at 1004 W. Wildwood Dr., Prospect Hts, IL | $268,600.00 | $0.00 | | $0.00 | FA |
| 2  pocket cash | $50.00 | $0.00 | | $0.00 | FA |
| 3  Fifth Third Checking | $2,310.00 | $1,235.00 | | $0.00 | FA |
| Asset Notes:   Originally scheduled as "Checking Account $50" Updated per amended schedules filed 6/30/16 (dkt 29) Deemed abandoned pursuant to global settlement. | | | | | |
| 4  Normal household goods and related | $2,000.00 | $500.00 | | $0.00 | FA |
| Asset Notes:   Updated exempt amount per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 5  Normal wardrobes and related | $400.00 | $0.00 | | $0.00 | FA |
| 6  100% interest in RPL United Mechanical, a sole proprietorship | $500.00 | $400.00 | | $0.00 | FA |
| 7  1996 van with more than 160,000 miles -- inoperable | $400.00 | $200.00 | | $0.00 | FA |
| Asset Notes:   Updated exempt amount per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 8  2007 Ford F150 | $8,000.00 | $8,000.00 | | $8,000.00 | FA |
| Asset Notes:   Debtor waived exemption pursuant to settlement (dkt 45) - paid cash in lieu of surrendering vehicle (see dkt 47) Updated per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 9  Utility trailer and business hand tools, etc. liquidation value based upon age and condition of tools and trailer.  Trailer cost $900 new over two years ago. | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Updated per amended schedules filed 6/30/16 (dkt 29) | | | | | |
| 10  First American Bank Checking (u) | $1,446.00 | $371.00 | | $0.00 | FA |
| Asset Notes:   Deemed abandoned pursuant to global settlement. | | | | | |
| 11  $37,642.50 deposited into Debtor's business checking account 10 days post-petition (u) | $0.00 | $37,642.50 | | $5,000.00 | FA |
| Asset Notes:   Debtor's attorney maintains that the contract is a post-petition contract in which the estate has no interest, and that the contract did not come into existence until after the petition date. Trustee contends this is payment for a proposal made well before the filing date.  The check for the deposit was dated 10/9/15 (same as the filing date), but was not deposited until 10 days later. Controversy resolved as part of settlement approved at docket nos. 45 and 47 (settled for $5,000 plus the $8,000 value of the Ford F-150, with waiver of exemption). | | | | | |

Case 15-34529 Doc 55 Filed 08/17/17 Entered 08/17/17 14:31:09 Desc Main
Document Page 6 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 15-34529-DLT | Trustee Name: | David Leibowitz |
| Case Name: | LOUD, ROBERT P | Date Filed (f) or Converted (c): | 10/09/2015 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 12/02/2015 |
| | | Claims Bar Date: | 11/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | $285,206.00 | $48,348.50 | | $13,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
06/30/2017    TFR filed at court 6/19/2017

**Initial Projected Date Of Final Report (TFR):**   12/31/2017     **Current Projected Date Of Final Report (TFR):**   05/30/2017

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

FORM 2

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34529-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOUD, ROBERT P | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1316 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/9/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2017 | | Robert Loud | Payment pursuant to settlement--Debtor paid $13,000 cash in lieu of $5,000 cash and turnover of truck (worth $8,000) | * | $13,000.00 | | $13,000.00 |
| | {8} | | Debtor paid cash in lieu of turnover of vehicle  $8,000.00 | 1129-000 | | | $13,000.00 |
| | {11} | | Proceeds of Pre-Petition contract - pursuant to settlement  $5,000.00 | 1221-000 | | | $13,000.00 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.15 | $12,989.85 |
| 02/09/2017 | 3001 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $14.91 | $12,974.94 |
| 02/09/2017 | 3001 | VOID: International Sureties, Ltd | Void of Check# 3001 | 2300-003 | | ($14.91) | $12,989.85 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $4.96 | $12,984.89 |
| 07/11/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $32.14; Distribution Dividend: 100.00%; | 3120-000 | | $32.14 | $12,952.75 |
| 07/11/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $2,925.00; Distribution Dividend: 100.00%; | 3110-000 | | $2,925.00 | $10,027.75 |
| 07/11/2017 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,050.00 | $7,977.75 |
| 07/11/2017 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $30.81 | $7,946.94 |
| 07/11/2017 | 3007 | Internal Revenue Service | Claim #: 2; Amount Claimed: $5,900.00; Distribution Dividend: 100.00%; | 4300-000 | | $5,900.00 | $2,046.94 |
| 07/11/2017 | 3008 | Internal Revenue Service | Claim #: 2; Amount Claimed: $7,578.94; Distribution Dividend: 27.01%; | 5800-000 | | $2,046.94 | $0.00 |

**SUBTOTALS**  $13,000.00   $13,000.00

**FORM 2**     Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 15-34529-DLT | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LOUD, ROBERT P | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***1316 | **Checking Acct #:** | ******2901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/9/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $13,000.00 | $13,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,000.00 | $13,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,000.00 | $13,000.00 | |

**For the period of 10/9/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/16/2017 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-34529-DLT | **Trustee Name:** David Leibowitz |
| **Case Name:** | LOUD, ROBERT P | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***1316 | **Checking Acct #:** ******2901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/9/2015 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $13,000.00 | $13,000.00 | $0.00 |

| For the period of **10/9/2015** to **8/8/2017** | | For the entire history of the case between **10/09/2015** to **8/8/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $13,000.00 | Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 | Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,000.00 | Total Compensable Disbursements: | $13,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,000.00 | Total Comp/Non Comp Disbursements: | $13,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ